

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-13-00135-CV

---

IN THE INTEREST OF A.W. AND J.W., CHILDREN

---

On Appeal from the 115th District Court
Upshur County, Texas
Trial Court No. 633-12

---

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Daisy Mae Thomas has appealed from an order that named the mother of two children as their sole managing conservator and removed Thomas from that position. There is no finding of indigence. The court reporter sent two certified letters to Thomas concerning the preparation of the reporter's record. One was delivered, one was returned, and Thomas has not responded. On January 24, 2014, this Court sent a letter to Thomas reminding her that she had not paid the filing fee and warning her that if her payment for that fee was not received within ten days, the appeal would be subject to dismissal pursuant to Rule 42.3(c). *See* TEX. R. APP. P 42.3(c). We also reminded her that the reporter's record was at that time past due and that she needed to make arrangements with the court reporter to have the record prepared and filed. Thomas has not responded in any fashion.

Pursuant to Rule 42.3(c) of the Texas Rules of Appellate Procedure, we dismiss the appeal.


Bailey C. Moseley
Justice


Date Submitted:      March 4, 2014
Date Decided:        March 5, 2014


2